IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
MAY 28 2008
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES OF AMERICA

v.                                          Criminal No. 3:07-CR-438-06

DEONTE BULLOCK,

      Defendant.

**ORDER**

For the reasons set forth on the record, it is hereby ORDERED that the Government's Motion to Amend Statement of Facts (Docket No. 183) is granted.

It is so ORDERED.

                                        /s/   REP
                            Robert E. Payne
                            Senior United States District Judge

Date: May 23, 2008
Richmond, Virginia